**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ELBIN LALIN**                                    **CIVIL ACTION**

**VERSUS**                                         **NO. 24-2335**

**ESN PROPERTY, LLC, ET AL.**                      **SECTION: D(2)**

## ORDER AND REASONS

The Court, having considered the Motion[1] filed by Defendants ESN Property, LLC, Ravi Doddamani, Vidya Doddamani, Zydeco Ownings, LLC, 4213-15 Dryades, LLC, and 4323-25 Loyola, LLC, Plaintiff Elbin Lalin's Response,[2] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[3] and the failure of the Plaintiff to timely file any objection to the Report and Recommendation,[4] and having determined that the Report is neither clearly erroneous nor contrary to the law, hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion[5] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Elbin Lalin execute the settlement agreement by **April 21, 2026**. The parties shall notify the Court by same date by email to efile-Vitter@laed.uscourts.gov as to whether the agreement has been

---

[1] R. Doc. 68.
[2] R. Doc. 71.
[3] R. Doc. 72.
[4] Objections were due April 1, 2026. None have been filed as of the date of this Order.
[5] R. Doc. 68.

executed. Failure to comply with this Court Order shall result in the entry of Judgment reflecting the terms of the settlement agreement.[6]

New Orleans, Louisiana, April 7, 2026.

WENDY B. VITTER
United States District Judge

---

[6] *See, e.g., A & A Wrecker Serv. Inc. v. City of Galveston*, 145 F.3d 360, 1998 WL 307727 (5th Cir. 1998); *Camp Dresser & McKee, Inc. v. Benetech, LLC*, No. 10-2864, 2013 WL 5428615, at *1 (E.D. La. Sept. 26, 2013).